THOMAS J. HARRIS, Respondent, *v.* ALLSTATE INSURANCE Co., Appellant, et al., Defendant.

Submitted March 7, 1955; decided April 21, 1955.

*Sidney H. Harris* for motion.
*Asher Marcus* opposed.

Motion denied upon condition that appellant reimburse respondent for his additional printing expenses by reason of the service of an additional brief by appellant.